OPINION — AG — BOND REVENUES DERIVED UNDER THE PROVISIONS OF 70 O.S. 1971, 15-106 [70-15-106], SUPPLEMENTING THE PROVISIONS OF ARTICLE X, SECTION 26, OKLAHOMA CONSTITUTION, MAY ONLY BE USED FOR THE PURPOSE OF PURCHASING OR ACQUIRING SCHOOL DISTRICT TRANSPORTATION EQUIPMENT AND SUCH FUNDS MAY NOT BE USED FOR THE PURPOSE OF MAINTAINING OR REPAIRING EXISTING TRANSPORTATION EQUIPMENT. CITE: OPINION NO. 76-145, 70 O.S. 1951, 15-6 [70-15-6] (R. THOMAS LAY)